# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARJORIE I. BARE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 17-cv-655-JPG-CJP |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Marjorie I. Bare, and against defendant, Commissioner of Social Security.

DATED: June 19, 2018

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY:  s/Tina Gray**
                                                       **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**