IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARJORIE BARE, )
)
        Plaintiff, )
)
vs. ) Civil No. 17-cv-665-JPG-CJP
)
COMMISSIONER of SOCIAL )
SECURITY, )
)
        Defendant. )

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Agreed Motion to Award Attorney Fees. **(Doc. 25).**

The parties agree that plaintiff is entitled to an award of attorney's fees in the amount of $7,640.85 and expenses in the amount of $442.00.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amounts are reasonable and appropriate. Per the parties' agreement, this award shall fully and completely satisfy any and all claims for fees, expenses, and costs that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Defendant's Agreed Motion to Award Attorney Fees **(Doc. 25)** is **GRANTED**.

1

The Court awards plaintiff Marjorie Bare the sum of $7,640.85 (seven thousand six hundred forty dollars and eighty-five cents) for attorney's fees and the sum of $442.00 (four hundred and forty-two dollars) for expenses pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). See also, *Harrington v. Berryhill*, __ F.3d __, 2018 WL 4906108 (7th Cir. Oct. 10, 2018). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and counsel.

**IT IS SO ORDERED.**

**DATE:  October 23, 2018.**

>  **s/ Clifford J. Proud**
>  **CLIFFORD J. PROUD**
>  **U.S. MAGISTRATE JUDGE**